UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, AR6600,<br>   Plaintiff,<br>  v.<br>JEFFREY BEARD, et al.,<br>   Defendants. | Case No. 16-4128 SK (PR)<br>**ORDER OF TRANSFER**<br>(ECF No. 5) |

  Plaintiff, a prisoner at California State Prison, Solano (SOL) in Vacaville, California, has filed a pro se complaint under 42 U.S.C. § 1983 alleging denial of access to the courts at SOL and violation of the 1972 injunction in Gilmore v. California, No. C 66-45878 SI (N.D. Cal.), requiring specific legal literature in the state's prisons. Plaintiff also has filed a motion to intervene in Gilmore v. California and has consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

  Plaintiff's claim of violation of the injunction in Gilmore, and motion to intervene in Gilmore on that basis, are without merit because on April 20, 2010 the injunction in Gilmore was terminated and the case was closed. See Gilmore v. California, No. C 66-45878 SI (N.D. Cal. Apr. 20, 2010) (order granting motion to terminate injunction). This does not preclude plaintiff from bringing his claim of denial of access to the courts at SOL, but because a substantial part of the events or omissions giving rise to the claim occurred, and the viable defendants reside, in the County of Solano, which lies within the venue of the Eastern District of California, 28 U.S.C. § 84(b), venue properly lies in the Eastern District. Id. § 1391(b).

1  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28
2  U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for
3  the Eastern District of California.
4  The clerk shall transfer this matter and terminate the motion to intervene (ECF
5  No.5) for lack of merit.  Accord  Gilmore v. California, No. C 66-45878 SI (N.D. Cal. Apr.
6  19, 2011) (denying individual prisoner's motion to intervene after case was settled and
7  closed in April 2010).
8  **IT IS SO ORDERED.**
9  Dated:   July 27, 2016                              
10                                                                   _____
                                                                          SALLIE KIM
                                                                          United States Magistrate Judge

2